IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL SERVICES ADMINISTRATION; NATIONAL ARCHIVES AND RECORDS ADMINISTRATION; OFFICE OF MANAGEMENT AND BUDGET; U.S. OFFICE OF GOVERNMENT ETHICS; U.S. OFFICE OF PERSONNEL MANAGEMENT; and U.S. DEPARTMENT OF JUSTICE,<br><br>Defendants. | Civil Action No. 20-cv-2105-CJN |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF

Please take notice of the following substitution of counsel: Nikhel S. Sus is substituted in place of Anne L. Weismann as lead counsel for Plaintiff in the above-captioned case.

Date: August 20, 2020

Respectfully Submitted,

*/s/ Nikhel Sus*
Nikhel S. Sus
(D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON
1101 K St. NW, Suite 201
Washington, D.C. 20005
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org

*Counsel for Plaintiff*