# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.  20-cv-2105 (CJN) |
| GENERAL SERVICES ADMINISTRATION, *et al.* | ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of this action with prejudice under Federal

Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own fees and costs.


Dated: June 29, 2021                                    Respectfully submitted,

 */s/ Anne L. Weismann*
Anne L. Weismann
(D.C. Bar No. 298190)
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, D.C. 20015
Phone: 301-717-6610
Weismann.anne@gmail.com

Adam J. Rappaport
(D.C. Bar No. 479866)
Citizens for Responsibility and Ethics
in Washington
1331 F Street, N.W., Suite 900

Washington, D.C.  20004
Phone: (202) 408-5565
arappaport@citizensforethics.org

*Attorneys for Plaintiff*


BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Liam C. Holland*
Liam C. Holland (NY Bar No. 5580378)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.:    (202) 514-4964
Fax:    (202) 616-8470
Email: Liam.C.Holland@usdoj.gov

*Attorneys for Defendant*

2